CHARLES E. SMITH, APPELLANT, v. BOROUGH OF MATAWAN, RESPONDENT.

Submitted May 29, 1942—Decided September 18, 1942.

For the appellant, *Heuser & Heuser (Ralph S. Heuser,* of counsel).

For the respondent, *Edward W. Currie.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Donges in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BODINE, PERSKIE, PORTER, COLIE, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, JJ. 12.

*For reversal*—None.